UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSA SANABRIA<br><br>Plaintiff,<br><br>VS.<br><br>LAHEY CLINIC MEDICAL CENTER,<br>SODEXHO, INC. AND<br>MICHAEL TALBERT<br><br>Defendants. | Civil Action No.<br><br>05 11866 RCL |

## DEMAND FOR A JURY TRIAL

The Defendants, Lahey Clinic Hospital, Inc., misnamed in the caption as Lahey Clinic Medical Center, Sodexho, Inc. and Michael Talbert hereby request a trial by jury in the above captioned matter as to all issues so triable.

LAHEY CLINIC HOSPITAL, INC.,
SODEXHO, INC. and
MICHAEL TALBERT,
by their attorneys,

*/s/ Keith M. McLean*

Harry L. Manion III, BBO #: 317440
Kenneth J. Martin, BBO #: 636643
Keith M. McLean, BBO # 656516
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
(617) 737-3100

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 9-14-05
*/s/ Keith M. McLean*

Dated: 9/14/05

147812