UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROSA SANABRIA<br><br>Plaintiff,<br><br>VS.<br><br>LAHEY CLINIC MEDICAL CENTER,<br>SODEXHO, INC. AND<br>MICHAEL TALBERT<br><br>Defendants. | Civil Action No.<br><br>11866 RCL |

**DEFENDANT, LAHEY CLINIC HOSPITAL, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, the defendant, Lahey Clinic Hospital, Inc., misnamed in the caption as Lahey Clinic Medical Center, makes the following disclosure statements:

A. Lahey Clinic Hospital, Inc. does not have any parent company; nor does any publicly held company own stock in Lahey Clinic Hospital, Inc.

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 9-14-05

LAHEY CLINIC HOSPITAL, INC.,
by its attorneys,

Harry L. Manion III, BBO #: 317440
Kenneth J. Martin, BBO #: 636643
Keith M. McLean, BBO # 656516
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
(617) 737-3100

Dated: 9/14/05
147775