UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSA SANABRIA )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>LAHEY CLINIC MEDICAL CENTER, )<br>SODEXHO, INC. AND )<br>MICHAEL TALBERT )<br>)<br>Defendants. )<br>) | 05 - 11866 RCL<br><br>Civil Action No. |

**DEFENDANT, SODEXHO, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, the defendant, Sodexho, Inc., makes the following disclosure statements:

A. Sodexho, Inc.'s parent company is Sodexho Alliance, a French company which is publicly traded in France. No other publicly traded company owns stock in Sodexho, Inc.

SODEXHO, INC.,
by its attorneys,

*/s/ Keith M. McLean*

Harry L. Manion III, BBO #: 317440
Kenneth J. Martin, BBO #: 636643
Keith M. McLean, BBO # 656516
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
(617) 737-3100

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 9-14-05
*/s/ Keith M. McLean*

Dated: 9/14/05
147757