UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSA SANABRIA,<br>    Plaintiff,<br><br>v.<br><br>LAHEY CLINIC MEDICAL CENTER,<br>SODEXHO, INC. AND<br>MICHAEL TALBERT,<br>    Defendants. | Civil Action No: 05-11866 RCL |

## STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Now come the parties and hereby stipulate that Defendants have until September 28, 2005 to respond to the Plaintiff's Complaint.

Plaintiff enters this stipulation as a courtesy to the Defendants. Plaintiff will be filing an Objection to Defendants' Notice of Removal and a Motion for Remand to Middlesex County Superior Court on or before September 28, 2005. Plaintiff does not waive any of her rights and is not assenting to jurisdiction or venue in the U.S. District Court for the District of Massachusetts by entering into this stipulation.

| | |
|---|---|
| ROSA SANABRIA,<br>by her attorney, | LAHEY CLINIC MEDICAL CENTER,<br>SODEXHO, INC. and MICHAEL TALBERT,<br>by their attorneys, |
| /s/ Ryan C. Siden_____<br>Ryan C. Siden, BBO #: 646138<br>SIDEN & ASSOCIATES, P.C.<br>151 Tremont St., Suite 19S<br>Boston, MA 02111<br>(617) 549-8033<br>Facsimile: (617) 573-5090 | /s/ Kenneth J. Martin_____<br>Kenneth J. Martin, BBO #: 636643<br>Keith M. McLean, BBO #: 656516<br>COOLEY MANION JONES LLP<br>21 Custom House Street<br>Boston, MA 02110<br>(617) 737-3100<br>facsimile: (617) 737-0374 |

Dated: September 20, 2005

148225-1                                                          1