FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS SEP 30 P 12: 15

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| ROSA SANABRIA,<br>  Plaintiff | ) <br> ) <br> ) <br> ) |
| v. | ) Civil Action No: 05-11866 RCL |
|  | ) |
| LAHEY CLINIC MEDICAL CENTER,<br>SODEXHO, INC. AND MICHAEL<br>TALBERT,<br>  Defendants. | ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF FILING CERTIFIED COPY OF STATE COURT RECORD

Now come the defendants, Lahey Clinic Medical Center, Sodexho, Inc. and

Michael Talbert and respectfully give notice that it has this day filed a certified copy of

the complete state court record, including the Notice of Removal from State Court and

certified Docket Entries as required by the Local Rules of the United States District Court

for the District of Massachusetts.

LAHEY CLINIC MEDICAL CENTER,
SODEXHO, INC. AND MICHAEL TALBERT
by their attorneys,

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the
above document was served upon the
attorney of record for each other party
by mail-hand on  *9-30-05*

Keith M. McLean, BBO #: 656516
Kenneth J. Martin, BBO #: 636643
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
(617) 737-3100

Dated: **9-30-05**